## IZZO *v.* ILLINOIS.

No. 772, Misc.   Decided April 18, 1960.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.